**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6578**

————————

In Re: ALFRED F. WORLEY,

                                        Petitioner.

————————

On Petition for Writ of Mandamus.  (CA-00-13-1-MU)

————————

Submitted:  May 31, 2001                Decided:  June 11, 2001

————————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

————————

Petition denied by unpublished per curiam opinion.

————————

Alfred F. Worley, Petitioner Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred F. Worley petitions for a writ of mandamus, alleging undue delay by the district court in ruling on his pending 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) petition and asking that this court rule on the petition. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. See In re: Beard, 811 F.2d 818, 826 (4th Cir. 1987). We recently vacated the district court's original decision denying Worley's § 2254 petition and remanded for further proceedings. Worley v. O'Dell, No. 00-6381 (4th Cir. Mar. 15, 2001) (unpublished). The district court must be afforded a reasonable amount of time to comply with our remand instructions. We find that there has been no undue delay, and Worley is not entitled to the relief he seeks. Accordingly, although we grant Worley's motion for leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument wold not aid the decisional process.

PETITION DENIED